UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN ADMIRALTY

COASTAL BANK AND TRUST OF FLORIDA,
successor by merger with VANGUARD
BANK AND TRUST COMPANY,

    Plaintiff,
vs.                                               CASE NO. 3:09cv351/MCR/MD

M/V GLORY, its engines, tackle,
apparel, etc., *in rem*, and JOE M. TAYLOR,
*in personam*

    Defendants.

_____/

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

THIS CAUSE came before the Court upon the Plaintiff's Amended Motion for the Appointment of Substitute Custodian (DE #5). The Court, having considered Plaintiff's motion, the affidavit in support, the record herein, and being otherwise advised in the premises, it is hereby ORDERED as follows:

    1.     The Court finds that (a) **Captain's Choice Boats, Inc**., is duly qualified to serve as the Substitute Custodian of the M/V GLORY, her engines, tackle, apparel and appurtenances, etc. ("Vessel"); (b) **Captain's Choice Boats, Inc**., has agreed to assume the responsibility of safekeeping the Vessel; and (c) **Captain's Choice Boats, Inc** has agreed to act as Substitute Custodian until further order of the Court.

    2.     The United States Marshal for the Northern District of Florida is authorized and directed to surrender the possession of M/V GLORY to the Substitute Custodian named herein, **Captain's Choice Boats, Inc**., and that upon such surrender, the Marshal shall be discharged from the duties and responsibilities

for the safekeeping of said Vessel and held harmless by any party for any and all claims arising whatsoever out of said substitute possession and safekeeping.

3. **Captain's Choice Boats, Inc.** is appointed the Substitute Custodian of the Defendant Vessel and shall retain the Defendant Vessel in custody for possession and safekeeping until further order of this Court. All Marshal's costs, if any, shall be paid prior to the release of said property and the Substitute Custodian's receipt for the property from the Marshal shall attest to the date and time of release on a certified copy thereof.

ORDERED this 28th day of August, 2009.

    s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

*Copies to Counsel of Record and Substitute Custodian*
Captain's Choice Boats, Inc.
Mitchell D. Kaplan, President
67 Eglin Street
Fort Walton Beach, FL 32547
*choiceboats@aol.com*