# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

## IN ADMIRALTY

COASTAL BANK AND TRUST OF FLORIDA,
successor by merger with VANGUARD
BANK AND TRUST COMPANY,

    Plaintiff,
vs.                                                CASE NO. 3:09cv351/MCR/MD

M/V GLORY, its engines, tackle,
apparel, etc., *in rem*, and
JOE M. TAYLOR, *in personam*
    Defendants.
                                              /

## O R D E R

This cause is before the court upon the plaintiff's Notice of Settlement, Voluntary Dismissal and Emergency Motion to Release Vessel. (Doc. 9). The Court having reviewed the motion, memorandum and the docket finds as follows:

    1.    The substitute custodian, Captain's Choice Boats, Inc., is ordered to release the M/V GLORY to the custody of the defendant, Joe M. Taylor, immediately;

    2.    Upon release of the vessel to Joe M. Taylor, the substitute custodian is dismissed and the United States Marshal is released by the Court from any further responsibility with regard to the custody of the M/V GLORY.

    3.    The above-entitled action is DISMISSED from the active docket of the Court. In the event that the settlement is not consummated, the Court reserves the power, upon motion filed by any party within sixty (60) days of the date of this Order, to amend or vacate and set aside this Order of Dismissal and reinstate this case. At this time the Clerk is directed to close the file in this case for administrative purposes, and upon the expiration

of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**ORDERED** on this 4th day of September, 2009


 *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**